| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) FRIEDMAN, BERNARD A. | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 05/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

120 UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BOULEVARD
DETROIT, MICHIGAN 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | |
| 2. Prin Trust (SM) Tgt 2020 Fund | A | Dividend | M | T | | | | | |
| 3. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 4. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 5. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 6. Jennisin (Rainier) | A | Dividend | J | T | | | | | |
| 7. FIDELITY IRA TRADITIONAL | | None | | | | | | | (Heading) |
| 8. Spartan Total Mk. Index Fund | A | Dividend | N | T | | | | | |
| 9. Fidelity Stock Selector | A | Dividend | K | T | | | | | |
| 10. Fidelity Gov. Cash Reserves | A | Dividend | N | T | | | | | |
| 11. Fidelity Real Estate Inv. | A | Dividend | K | T | | | | | |
| 12. High Country, Ltd. | A | Distribution | K | W | | | | | |
| 13. OLTC, Ltd. | | None | K | W | | | | | |
| 14. JPMorgan Chase | B | Dividend | J | T | | | | | |
| 15. Chemical Bank f/k/a Talmer Bank | B | Interest | M | T | | | | | |
| 16. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 17. U. S. Savings Bonds | B | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (CAPTION) COMMON STOCKS | None | | | | (Heading) | | | | |
| 19. Pepsico | C | Dividend | O | T | | | | | |
| 20. Disney | A | Dividend | M | T | | | | | |
| 21. Kellogg | A | Dividend | L | T | | | | | |
| 22. Lockheed Martin | A | Dividend | J | T | | | | | |
| 23. Wal-Mart | A | Dividend | J | T | | | | | |
| 24. Wells Fargo Bank | A | Int./Div. | O | T | | | | | |
| 25. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 26. Amazon | A | Dividend | K | T | | | | | |
| 27. (CAPTION) MUNICIPAL BONDS | None | | | | (Heading) | | | | |
| 28. Ill Financial Aut Rev | A | Interest | | | Redeemed | 03/18/18 | K | A | Wells Fargo |
| 29. Apple Inc Sr Bond | A | Interest | M | T | | | | | |
| 30. (CAPTION) IRAs and SEPs | None | | | | (Heading) | | | | |
| 31. (CAPTION) FIDELITY CORP. IRA | None | | | | (Heading) | | | | |
| 32. Diversified International | A | Dividend | J | T | | | | | |
| 33. Appreciation Fund | A | Dividend | L | T | | | | | |
| 34. Stock Selector Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Magellan | A | Dividend | J | T | | | | | |
| 36. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 37. Fidelity Canada | A | Dividend | J | T | | | | | |
| 38. Contrafund | A | Dividend | K | T | | | | | |
| 39. Fidelity Bal | A | Dividend | J | T | | | | | |
| 40. Fidelity Growth & Income | A | Dividend | K | T | | | | | |
| 41. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 42. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 43. Newberger Brennan P/S | A | Dividend | J | T | | | , | | |
| 44. Janus Fund | A | Dividend | J | T | | | | | |
| 45. American Century IRA/S & F Ultra Fund | A | Dividend | J | T | | | | | |
| 46. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 47. Capital Appreciation | A | Dividend | J | T | | | | | |
| 48. (CAPTION) COMMON STOCK HELD BY WELLS FARGO | | None | | | (Heading) | | | | |
| 49. Adient PLC | A | Dividend | J | T | | | | | |
| 50. American Bal. Fund | A | Dividend | K | T | | | | | |
| 51. American International Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 53. Arkema | A | Dividend | J | T | | | | | |
| 54. AT&T | A | Dividend | K | T | | | | | |
| 55. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 56. Avanos Med | A | Dividend | J | T | | | | | |
| 57. BP PLC | A | Dividend | J | T | | | | | |
| 58. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 59. CISCO Systems | A | Dividend | K | T | | | | | |
| 60. CMS | A | Dividend | J | T | | | | | |
| 61. Coca-Cola | A | Dividend | K | T | | | | | |
| 62. Disney Walt | A | Dividend | M | T | | | | | |
| 63. Duke Energy | A | Dividend | J | T | | | | | |
| 64. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 65. Gartner Group - B | A | Dividend | J | T | | | | | |
| 66. General Electric | A | Dividend | K | T | | | | | |
| 67. General Mills | A | Dividend | K | T | | | | | |
| 68. Haylan Health N/K/A Avanos Med | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 P4 =More than $50,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Home Depot | A | Dividend | J | T | | | | | |
| 70. Intel Corp. | A | Dividend | J | T | | | | | |
| 71. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 72. Johnson & Johnson | A | Dividend | N | T | | | | | |
| 73. Johnson Controls | A | Dividend | K | T | | | | | |
| 74. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 75. Kimberly Clark | A | Dividend | K | T | | | | | |
| 76. L Brands (Limited) | A | Dividend | J | T | | | | | |
| 77. Manu Financial | A | Dividend | K | T | | | | | |
| 78. Masco Corp. | A | Dividend | J | T | | | | | |
| 79. McDonald's Corp. | A | Dividend | M | T | | | | | |
| 80. Merck & Co. | B | Dividend | M | T | | | | | |
| 81. MGM Resorts International | A | Dividend | J | T | | | | | |
| 82. NCR | A | Dividend | J | T | | | | | |
| 83. NVENT Elec | A | Dividend | J | T | Spinoff (from line 84) | 05/01/18 | J | | |
| 84. Pentair Ltd | A | Dividend | J | T | | | | | |
| 85. Proassurance | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Prudential Financial | A | Dividend | J | T | | | | | |
| 87. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 88. Target | A | Dividend | K | T | | | | | |
| 89. TE Connectivity | A | Dividend | J | T | | | | | |
| 90. Teradata | A | Dividend | J | T | | | | | |
| 91. Teva Pharmaceutical ADR | A | Dividend | J | T | | | | | |
| 92. Top Build Corp. | A | Dividend | J | T | | | | | |
| 93. Tyco International | A | Dividend | | | Merged (with line 73) | 01/16/18 | K | A | |
| 94. US Bancorp (was line 50) | A | Dividend | K | T | | | | | |
| 95. Veoneer Inc. | A | Dividend | J | T | Spinoff (from line 55) | 07/02/18 | J | | |
| 96. WAB Teed | A | Dividend | J | T | Spinoff (from line 66) | 02/19/18 | J | | |
| 97. Wells Fargo | A | Dividend | L | T | | | | | |
| 98. Walgreen (Boots) | A | Dividend | J | T | | | | | |
| 99. Washington Prime Group | A | Dividend | J | T | Open | 01/18/18 | J | | Newly Discovered Shares |
| 100. Waste Management | A | Dividend | J | T | | | | | |
| 101. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 102. Invesco FDS European Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Federated Kaufman | A | Dividend | J | T | | | | | |
| 104. R S Value Fund | A | Dividend | J | T | | | | | |
| 105. Janus Contrarian *X | A | Dividend | J | T | | | | | |
| 106. Janus Overseas Fund Class T | A | Int./Div. | J | T | | | | | |
| 107. Neuberger & Berman Equity FD *X | A | Dividend | J | T | | | | | |
| 108. Select Am Shares *X | A | Dividend | J | T | | | | | |
| 109. Wells Fargo Bank CD | A | Dividend | N | T | | | | | |
| 110. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 111. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 112. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 113. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 114. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 115. Growth Index Fund | A | Dividend | J | T | | | | | |
| 116. T Rowe Price Tax Free Income ADV CL | B | Dividend | K | T | | | | | |
| 117. DFCU CD | A | Interest | L | T | | | | | |
| 118. WELLS FARGO IRA (heading) | | | | | | | | | (Heading) |
| 119. Vanguard Equity Income *X | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Prime Cap *X | A | Interest | J | T | | | | | |
| 121. Vanguard Wellington *X | A | Interest | K | T | | | | | |
| 122. Vanguard Windsor *X | A | Interest | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All errors appearing on the Audit Report are heading lines (not investments).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **BERNARD A. FRIEDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544